UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 04-569-JBC**

**REBECCA REARDON,**                                                      **PLAINTIFF,**

**V.**                               **ORDER**

**JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,**                       **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The plaintiff, Rebecca Reardon, brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of an administrative decision of the Commissioner of Social Security denying Disability Insurance Benefits. The court referred this action to United States Magistrate Judge James B. Todd, who issued Proposed Findings of Fact and Recommendation, to which the plaintiff filed objections. When the parties to an action submit objections to the magistrate judge's report and recommendation, the district court reviews the record *de novo*. 28 U.S.C. § 636(b)(1)(C). The court, having reviewed the record and being otherwise sufficiently advised, will accept the magistrate judge's report and recommendation and will affirm the Commissioner's decision.

**Plaintiff's Objections to Magistrate Judge's Report and Recommendation**

The claimant objects to the magistrate judge's report and recommendation, arguing that the ALJ's decision was not supported by substantial evidence because two psychologists "completed psychological evaluations that unequivocally show the plaintiff is disabled due to her severe mental impairments." The court finds this

argument unpersuasive.

A treating physician's opinion is entitled to great weight unless there is persuasive contradictory evidence. *Cutlip v. Sec'y of Health & Human Serv.*, 25 F.3d 284, 287 (6th Cir. 1994). However, if the physician's opinion is brief and conclusory it is fully within the discretion of the ALJ to reject that opinion. *Id.* A physician's opinion may also be rejected when there are contradictory opinions by other sources or if the opinion is internally inconsistent. *Jones v. Sec'y of Health & Human Serv.*, 945 F.2d 1365, 1370 (6th Cir. 1991).

In ruling that the plaintiff's mental impairments were of insufficient severity to render a finding of "disabled," the ALJ relied on input from three different psychologists – Dr. Williams, Dr. Scott, and Dr. Fulton. Dr. Williams, who had seen the claimant on multiple occasions, reported that the plaintiff's depression was in remission and that she suffered from only mild symptoms. However, both Drs. Scott and Fulton, one-time examiners, opined that her condition was much more severe. The ALJ afforded great weight to the opinion of Dr. Williams as a treating physician. He rejected the opinions of Drs. Scott and Fulton as inconsistent with other evidence in the case.

The claimant argues that her relationship with Dr. Williams was insufficient to justify his designation as a treating physician. However, even if the court were to accept this proposition, there is still substantial evidence to support a finding that the claimant's depression does not render her disabled. Dr. Williams took over

as the claimant's psychologist after the retirement of Dr. Brown, who had been treating her for clinical depression for eight years, and saw the claimant three times from June 2001-December 2002. One of these visits, in November 2002, was three days prior to her visit with Dr. Scott. During this visit, Dr. Williams reported that the claimant's depression was stable. The ALJ discounted Dr. Scott's report because it appeared to rely improperly on "multiple limiting physical conditions," and discounted Dr. Fulton's report as internally inconsistent. In evaluating the medical evidence in this case, the ALJ acted within his authority. Accordingly,

**IT IS ORDERED** that the Proposed Findings of Fact and Recommendation of the magistrate judge (DE 12) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (DE 8) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (DE 10) is **GRANTED**.

Signed on October 11, 2005

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY